MARRERO et ux. v. AMERICAN GENERAL INS. CO., Inc.

No. A-4091.

Supreme Court of Texas.

May 6, 1953.

J. Hubert Lee, Austin, for petitioners.

Hart, Brown & Sparks, Austin, for respondents.

**PER CURIAM.**

Writ of error is refused, no reversible error, for the reason that no final judgment was entered in the trial court. We do not pass upon any other point.